Núm. 8289.—Caribbean Engineering Co., aplte. *v.* Municipio de Ponce, apldo.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Febrero 5, 1941.
(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de desestimación de diciembre 19, 1940, vista en febrero 3, 1941, no apareciendo que sea claramente frívolo el recurso, que es la única causa que se alega para pedir que sea desestimado, no ha lugar.

Núm. 8210.—Gutiérrez etc., apltes. *v.* Ginorio, apldo.—C. D. Arecibo. ▮▮▮▮▮▮▮▮ Febrero 19, 1941.
(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandado y apelado para que se desestime por frívolo el recurso, y no apareciendo de los autos que las cuestiones levantadas por el apelante sean evidentemente frívolas, siéndolo más bien los argumentos que se aducen para solicitar la desestimación.

Por tanto, no ha lugar a la desestimación solicitada.

Núm. 8307.—Tuya Vda. García, aplda. *v.* White Star Bus Line, Inc., aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Abril 30, 1941.
(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Examinados los autos y oídas ambas partes y no apareciendo que sea claramente frívolo el recurso de apelación, no ha lugar a la desestimación solicitada.